**Exhibit A to the Complaint**

**Location:** Doylestown, PA  
**Total Works Infringed:** 30  
**IP Address:** 108.52.173.222  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B3D488638E51517AEA77639172DAB6D7DA459E09<br>File Hash:<br>8EBB84AFE795324045BE463E213C19A5829B0920A9F2FCEF0B783D33AB9C51B8 | 08/06/2024<br>13:26:27 | Slayed | 01/23/2024 | 03/15/2024 | PA0002461469 |
| 2 | Info Hash: 9EA4C4F4CD35665262A2D536ECF355E14A554F00<br>File Hash:<br>57CBA6177505E3674ACD7FDEBEDDA8BE8C91B36CCD40DB286D1D40FF22F297A1 | 08/06/2024<br>05:29:33 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 3 | Info Hash: 4E43CDEEA32755C023B9C50C8F2928B66BD489F6<br>File Hash:<br>5C1FA672AAADB0DD254B95A399A56CD2AA74762967FE8B3A6E6089D4358C9A4A | 08/06/2024<br>05:24:13 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 4 | Info Hash: 8048092623DBDE125A44C6DAA34E4B1D27C6F173<br>File Hash:<br>251D769AAD0606FEC471B65086E150749EDA72C6D5B688F4BACFB0B9547D6C93 | 07/18/2024<br>11:21:24 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 5 | Info Hash: B3F13D87A7452CB0109A50A595B9C8CD2967A360<br>File Hash:<br>8EBA9AC483BEB3FAABA5D92A1E6CC24366A9397EF9AAED9829904EECA08674FD | 07/18/2024<br>02:22:29 | Vixen | 04/21/2023 | 05/15/2023 | PA0002411310 |
| 6 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 07/17/2024<br>21:02:29 | Tushy | 06/12/2022 | 06/27/2022 | PA0002354982 |
| 7 | Info Hash: C2E04255710FAF8378E0EBEDA314D8264450AC68<br>File Hash:<br>F3A7178968C7E6AFAE96001C3594388A11A737871AC37713BA06D55FD54BE9F6 | 07/17/2024<br>19:09:56 | Vixen | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 8 | Info Hash: 5511F76F111521D7119F1B97BF4DDEAB8753429A<br>File Hash:<br>3AABB9F18C00CEACD4793739BA80AC6CF5AE4C1FCC41CC0A3232FD7B7E30B364 | 07/17/2024<br>16:23:28 | Tushy | 12/25/2022 | 01/10/2023 | PA0002389583 |
| 9 | Info Hash: F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418<br>File Hash:<br>B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 07/17/2024<br>16:13:44 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 10 | Info Hash: 7B52C82E7B5C5B58DCB1F35BCCD3DC328733E63B<br>File Hash:<br>6C17E25E83D4D927452E226FBBF4C71700576DD287A28106DC4E3C5B4FD17C1B | 07/17/2024<br>16:11:58 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 11 | Info Hash: E3660F365866649546BFCD4CAA9029ACB3E22C80<br>File Hash:<br>1EDE5E6DCAB8743557DD04C5EB4A0E383DCF1B6D742B3B434738620C9041AE61 | 07/12/2024<br>17:33:11 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 07/12/2024 01:37:19 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 13 | Info Hash: D7A7B422ED8B09C4D350D5DCD70FEE647946B146<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 07/12/2024 01:35:29 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 14 | Info Hash: A3AD325DF96270316D88A340B4D9C40255F4C7E3<br>File Hash: 5225BBD8127EBE5629A9AA1366FD76B178B1E2C3BCC35C02990F5DE05FE0D2F8 | 07/12/2024 01:32:53 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 15 | Info Hash: 87E3EE6A6C12D0A473417E5E80E3584E523406F7<br>File Hash: 62621F634640FFC544FE55589BA50348522FBE4631FEBBBCD6EBDF6969283909 | 07/11/2024 20:09:33 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 16 | Info Hash: 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896<br>File Hash: 804F1AE244776DEC27F02F0ED2BFA98E5E1831177808B3F2B9913D7302EEF4A9 | 07/11/2024 15:57:04 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 17 | Info Hash: 09F245A9CD6C04687D3ADD108A6C07E1F213CB37<br>File Hash: CB06A0BFDCA74F113593C93795285ED8CAD43068075810F7EC1182E7FC2646EF | 07/11/2024 12:06:13 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 18 | Info Hash: 404905E4F8953A3103FE326E84F7D600413CF822<br>File Hash: A2544D7E964E2CC6E4235C25EDF8790D98BFCF45B1580011DA9D4D126F2BD3F5 | 07/11/2024 11:18:28 | Vixen | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 19 | Info Hash: 24C894562720271CCDEC8C7166906BB55C2837C9<br>File Hash: 15B2942EA1597ED02D7B646414889D5AC17168AAF6BD7412ACB1AFC5C78846C6 | 07/10/2024 13:53:58 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 20 | Info Hash: DACBF5D5172B2C47E299332432619C879C8F19E7<br>File Hash: 4E6431731BD274A9AA75714252E1E4CD9404C58CE1F464CCC1829FD323749D50 | 07/10/2024 12:54:57 | Vixen | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 21 | Info Hash: C70DE0A07C2343330293733375404AF6DA25F973<br>File Hash: 16D737D396BCF057811D46F9100D49153F2A8D04C228045712C96485480D6010 | 07/10/2024 00:44:34 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 22 | Info Hash: F49A11CE2B34E336ACC853D5E8BBE498A848D3EF<br>File Hash: 802C036FED185FBA98C7DFFC000FFFFF62BF1098C5331EE1348BDC2EDFE32DC5 | 07/10/2024 00:43:02 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 23 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 07/09/2024 19:09:00 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 97830606338EED41B6498E6B54D9C3F0E43C04EB<br>File Hash: D0AD2B54F82E64BE143DE95BEB6E6D83A15FB14F43CA889D6354E88D6263CF1A | 07/09/2024 19:04:20 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 25 | Info Hash: 443346D910462F18853070DF1C25BF573F937731<br>File Hash: 9B816F6ACA11F1602949AAD44C208103EBBC27FA063550F93EF58792E4D38370 | 07/09/2024 18:59:01 | Vixen | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 26 | Info Hash: D7C38627C789EFD54B5C97B664571F6369942038<br>File Hash: E367089FE4AB196B94B6A3D3AC1B39ED1B41467B985E4470DC6BA241F0745E03 | 07/09/2024 17:11:54 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 27 | Info Hash: B569AB5FEB30243EE82CCBAA6C2DB04FCA8AC280<br>File Hash: 9357B558DDE8795C0DF3FAE7322FEF63189844764A6657B6CFD3B47E6B31213B | 07/09/2024 16:12:53 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 28 | Info Hash: BFFDF94C6EB178C5A8E0B4DF7F1D62C1922E24F5<br>File Hash: B151164A6F76631399D27E7A61C67EC77E9005BED837CB30E436B1BA434225D3 | 07/09/2024 16:09:39 | Slayed | 04/16/2024 | 06/25/2024 | PA0002477556 |
| 29 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 07/09/2024 14:26:59 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 30 | Info Hash: 1BA645C8BA978815D185709957D795E18F478F80<br>File Hash: AF5732B0358280D04F1841682817DBF92C2C657F858233D2B53A195D966244F7 | 07/09/2024 13:25:31 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |